UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOYCE FUDGE WILLIAMS,**
on behalf of herself and
all others similarly situated,   CASE NO.: 3:17-cv-00570-J-25JRK

    **Plaintiff,**
vs.

**NEW PENN FINANCIAL, LLC,**
**D/B/A SHELLPOINT MORTGAGE**
**SERVICING, INC.,**

    **Defendant.**
_____/

**PLAINTIFF'S AMENDED MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEY FEE AWARD**

    Plaintiff, Joyce Fudge Williams, individually and on behalf of all others similarly situated, by and through undersigned counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and in accordance with the Court's Order granting preliminary approval (DE 52), and in advance of the final fairness hearing scheduled for February 28, 2019, hereby files this motion requesting final approval of this class action settlement and for approval of attorney fee award, and shows:

    1.    On December 21, 2018, the Court entered its Order granting preliminary approval of the Settlement Class (DE 52).  The Parties and the settlement administrator have properly complied with the dictates of that Order, including the submission of this Motion and the supporting memorandum of law.

    2.    The Class settlement administrator has effectuated timely and proper dissemination of the class notice to the members of the settlement class pursuant to the Court's

Order.  The Notice provided the method to be excluded from the Class and to object to the Settlement along with the date and time of the scheduled Final Fairness Hearing.

3. No member of the Class has filed or otherwise stated an objection or expressed a desire to intervene in this action.  To date, not a single class member has asked to opt-out of the proposed settlement.

4. The response of the settlement class reflects favorable reception of the proposed settlement.  This response is consistent with the fact that the settlement offers real, meaningful relief to class members. Furthermore, the response is indicative that the attorney fees and class representative incentive and damage awards are fair and reasonable.

5. For the reasons set forth more fully in Plaintiff's Memorandum of Law, the proposed settlement is fair and reasonable and meets the criteria under Federal Rule of Civil Procedure 23 as well as under the applicable case law for final approval.

6. In addition, the requested incentive award for the Class Representative Plaintiff, and the request for attorneys' fees and costs, are reasonable and fall within the established range for comparable class action settlements, and should be approved.

### Rule 3.01.(g) Certification

Counsel for Plaintiff conferred with Counsel for Defendant, Celia C. Falzone, regarding the relief requested in this motion.  Counsel for Defendant states they do not oppose this motion.

Wherefore, the Plaintiff respectfully requests that at its hearing scheduled for February 28, 2019, the Court enter an order granting final approval of this class action settlement.

Respectfully submitted this 22nd day of February, 2019.

                          VARNELL & WARWICK, P.A.
                          By: /s/ Janet R. Varnell
                          JANET R. VARNELL
                          Florida Bar No.:  0071072

BRIAN W. WARWICK
Florida Bar No.:  0605573
DAVID K. LIETZ
(Admitted Pro Hac Vice)
P.O. Box 1870
Lady Lake, FL  32158
Telephone: (352) 753-8600
Facsimile:  (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
dlietz@varnellandwarwick.com
kstroly@varnellandwarwick.com

MAX STORY, P.A.
Max Story
Florida Bar No: 527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone:  (904) 372-4109
Facsimile:  (904) 758-5333
max@maxstorylaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify on February 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                               s/Janet R. Varnell
                                                               Janet R. Varnell